Exhibit A.1

IHT Training Binder

# **WELCOME!**

On behalf of the Community Services Program, we would like to welcome you to our team!

We are very happy that you decided to join us in providing CBHI services to the families of Southeastern Massachusetts.

In this binder you will find all the training materials needed to start your journey as an IHT/TT&S/TM with Fuller Hospital.

Thank you!

**Important Program Contacts:**

Program Referral and 24/7 Crisis Line: (508) 838-4193

Program Fax Number: (508) 838-2303

**Program Director- Nicole Jordan, LMHC:** Nicole.Jordan@uhsinc.com; (339) 206-3403

**IHT/TM Coordinator- Nicole Cascione, LMHC:** Nicole.Cascione@uhsinc.com; (401) 300-9734

**Intake and Referral Coordinator/Lead Clinician- Courtney Cole, LMHC:** Courtney.Cole2@uhsinc.com (401) 330-7348

**IHT Clinical Supervisor- Jane Mizrahi, LICSW:** Jane.Mizrahi@uhsinc.com; (401) 824-4042

**TT&S/TM Clinical Supervisor- Lissa Blanchard, LCSW:** Lissa.Blanchard@uhsinc.com (603) 921-6717

**TT&S/TM Clinical Supervisor- Deanna Lombardi, LCSW:** Deanna.Lombardi@uhsinc.com (508) 631-9800